Arthur L. Johnson, appellee, v. Meyer A. Block, appellant. Gen. No. 36,514.

Opinion filed October 10, 1933.

Joseph H. Hinshaw, for appellant; Oswell G. Treadway, of counsel. No appearance for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Fred Plotke, appellee, v. Libbie Greenberg et al., defendants. In re Petition of Chicago Title and Trust Company, appellant. Gen. No. 36,557.

Opinion filed October 10, 1933.

Miller, Gorham, Wales & Adams, for appellant. No appearance for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Richard A. Pick, appellee, v. State Mutual Life Assurance Company, appellant. Gen. No. 36,582.

Opinion filed October 10, 1933.

Poppenhusen, Johnston, Thompson & Cole, for appellant; Edward J. Fleming, of counsel. Decker & Golden, for appellee; Milton Perlman, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.